IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>    Plaintiffs,<br><br>v.<br><br>SAUNDERS TRANSPORT, LLC<br>an Illinois limited liability corporation,<br><br>    Defendant. | No.<br><br>Judge<br><br>Magistrate Judge |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP complain against Defendant, SAUNDERS TRANSPORT, LLC, an Illinois limited liability corporation, as follows:

## JURISDICTION AND VENUE

1.    (a)    Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

    (b)    Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

## PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) SAUNDERS TRANSPORT, LLC, an Illinois limited liability corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b) SAUNDERS TRANSPORT, LLC, an Illinois limited liability corporation, has its principal place of business at Joliet, Illinois.

(c) SAUNDERS TRANSPORT, LLC, an Illinois limited liability corporation, is an employer engaged in an industry affecting commerce.

4. Effective April 10, 2017, SAUNDERS TRANSPORT, LLC, an Illinois limited liability corporation, entered into an Memorandum of Agreement with Teamsters 179 which bound it to the terms stated in the Area Construction Agreement that is effective for the period from June 1, 2012 through May 31, 2017, which requires contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A) and which has been subsequently renewed through November 19, 2019.

5. Pursuant to the collective bargaining agreement between SAUNDERS TRANSPORT, LLC, an Illinois limited liability corporation, and the Union, SAUNDERS TRANSPORT, LLC, an Illinois limited liability corporation, has failed and continues to fail to make its obligated contributions to the Fund for the period April 1, 2017 through November, 2019, as disclosed in a file review which took place on October 2, 2017 (Exhibit B).

6. The audit disclosed $59,071.68 due the Pension Fund and $59,956.96 due the Welfare Fund for a total of $119,028.64.

WHEREFORE, Plaintiffs pray:

A. This court enter judgment in favor of the Plaintiffs and against SAUNDERS TRANSPORT, LLC, an Illinois limited liability corporation in the amount of the audit, $119.028.64.

B. That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C. That the Court grant such further relief as is proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: /s/ John J. Toomey
One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

4

# EXHIBIT A

Saunders Transport, LLC
0191260SO

# AREA CONSTRUCTION AGREEMENT

## between

## CONTRACTORS ASSOCIATION OF WILL AND GRUNDY COUNTIES

## and

## TEAMSTERS LOCAL UNION NO. 179
Affiliated with the I.B. of T.



**Effective June 1, 2012 through May 31, 2017**

## SIGNATURE PAGE FOR NON-ASSOCIATION EMPLOYERS

FOR TEAMSTERS LOCAL UNION NO. 179:

BY: _[signature]_

TITLE: Secretary Treasurer

DATE: 4/10/17

FOR THE EMPLOYER:

COMPANY NAME: Saunders Transport LLC

ADDRESS: 3266 Longford Dr.

City: Joliet    State: IL    Zip: 60431

PHONE: (815) 955-8402    FAX: ____

EMAIL: Saunderstransport1@gmail.com

PRINT NAME: Thomas E. Saunders III

SIGNATURE: _[signature]_

TITLE: Owner

DATE: 4-10-17

32

# EXHIBIT B

**Employer Name:** Saunders Transport, LLC  
**Address:** 3266 Longford Drive / Joliet IL 60431

**ER#** 5284

Phone: (815) 955-8402  
Contact: Thomas Saunders III

Review Date: 11/06/2019  
Revised: 03/17/2020

Period Covered: 4/1/2017 - 11/30/2019

| Name | | Soc Sec No | Work Month | Welfare Weeks/Hrs | Pension Weeks | Weekly/Hrly Welfare Rate | | Weekly Pension Rate | | Amount Due Welfare | | Amount Due Pension | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Saunders | Thomas | 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 | Apr-17 | 5.00 | 5.00 | $ | 334.00 | $ | 318.85 | $ | 1,670.00 | $ | 1,594.25 |
| Saunders | Thomas | 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 | May-17 | 4.00 | 4.00 | $ | 334.00 | $ | 318.85 | $ | 1,336.00 | $ | 1,275.40 |
| Saunders | Thomas | 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 | Jun-17 | 4.00 | 4.00 | $ | 354.00 | $ | 338.85 | $ | 1,416.00 | $ | 1,355.40 |
| Saunders | Thomas | 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 | Jul-17 | 5.00 | 5.00 | $ | 354.00 | $ | 338.85 | $ | 1,770.00 | $ | 1,694.25 |
| Saunders | Thomas | 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 | Aug-17 | 4.00 | 4.00 | $ | 354.00 | $ | 338.85 | $ | 1,416.00 | $ | 1,355.40 |
| Saunders | Thomas | 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 | Sep-17 | 5.00 | 5.00 | $ | 354.00 | $ | 338.85 | $ | 1,770.00 | $ | 1,694.25 |
| Saunders | Thomas | 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 | Oct-17 | 4.00 | 4.00 | $ | 354.00 | $ | 338.85 | $ | 1,416.00 | $ | 1,355.40 |
| Saunders | Thomas | 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 | Nov-17 | 4.00 | 4.00 | $ | 354.00 | $ | 338.85 | $ | 1,416.00 | $ | 1,355.40 |
| Saunders | Thomas | 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 | Dec-17 | 5.00 | 5.00 | $ | 354.00 | $ | 338.85 | $ | 1,770.00 | $ | 1,694.25 |
| Saunders | Thomas | 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 | Jan-18 | 4.00 | 4.00 | $ | 354.00 | $ | 338.85 | $ | 1,416.00 | $ | 1,355.40 |
| Saunders | Thomas | 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 | Feb-18 | 4.00 | 4.00 | $ | 354.00 | $ | 338.85 | $ | 1,416.00 | $ | 1,355.40 |
| Saunders | Thomas | 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 | Mar-18 | 5.00 | 5.00 | $ | 354.00 | $ | 338.85 | $ | 1,770.00 | $ | 1,694.25 |
| Saunders | Thomas | 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 | Apr-18 | 4.00 | 4.00 | $ | 354.00 | $ | 338.85 | $ | 1,416.00 | $ | 1,355.40 |
| Saunders | Thomas | 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 | May-18 | 4.00 | 4.00 | $ | 354.00 | $ | 338.85 | $ | 1,416.00 | $ | 1,355.40 |
| Saunders | Thomas | 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 | Jun-18 | 5.00 | 5.00 | $ | 370.00 | $ | 366.85 | $ | 1,850.00 | $ | 1,834.25 |
| Saunders | Thomas | 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 | Jul-18 | 4.00 | 4.00 | $ | 370.00 | $ | 366.85 | $ | 1,480.00 | $ | 1,467.40 |
| Saunders | Thomas | 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 | Aug-18 | 4.00 | 4.00 | $ | 370.00 | $ | 366.85 | $ | 1,480.00 | $ | 1,467.40 |
| Saunders | Thomas | 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 | Sep-18 | 5.00 | 5.00 | $ | 370.00 | $ | 366.85 | $ | 1,850.00 | $ | 1,834.25 |
| Saunders | Thomas | 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 | Oct-18 | 4.00 | 4.00 | $ | 370.00 | $ | 366.85 | $ | 1,480.00 | $ | 1,467.40 |
| Saunders | Thomas | 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 | Nov-18 | 4.00 | 4.00 | $ | 370.00 | $ | 366.85 | $ | 1,480.00 | $ | 1,467.40 |
| Saunders | Thomas | 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 | Dec-18 | 4.00 | 4.00 | $ | 370.00 | $ | 366.85 | $ | 1,480.00 | $ | 1,467.40 |
| Saunders | Thomas | 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 | Jan-19 | 4.00 | 4.00 | $ | 370.00 | $ | 366.85 | $ | 1,480.00 | $ | 1,467.40 |
| Saunders | Thomas | 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 | Feb-19 | 4.00 | 4.00 | $ | 370.00 | $ | 366.85 | $ | 1,480.00 | $ | 1,467.40 |
| Saunders | Thomas | 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 | Mar-19 | 5.00 | 5.00 | $ | 370.00 | $ | 366.85 | $ | 1,850.00 | $ | 1,834.25 |
| Saunders | Thomas | 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 | Apr-19 | 4.00 | 4.00 | $ | 370.00 | $ | 366.85 | $ | 1,480.00 | $ | 1,467.40 |
| Saunders | Thomas | 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 | May-19 | 4.00 | 4.00 | $ | 370.00 | $ | 366.85 | $ | 1,480.00 | $ | 1,467.40 |
| Saunders | Thomas | 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 | Jun-19 | 5.00 | 5.00 | $ | 386.00 | $ | 401.25 | $ | 1,930.00 | $ | 2,006.25 |
| Saunders | Thomas | 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 | Jul-19 | 4.00 | 4.00 | $ | 386.00 | $ | 401.25 | $ | 1,544.00 | $ | 1,605.00 |
| Saunders | Thomas | 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 | Aug-19 | 4.00 | 4.00 | $ | 386.00 | $ | 401.25 | $ | 1,544.00 | $ | 1,605.00 |
| Saunders | Thomas | 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 | Sep-19 | 5.00 | 5.00 | $ | 386.00 | $ | 401.25 | $ | 1,930.00 | $ | 2,006.25 |
| Saunders | Thomas | 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 | Oct-19 | 4.00 | 4.00 | $ | 386.00 | $ | 401.25 | $ | 1,544.00 | $ | 1,605.00 |
| Saunders | Thomas | 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 | Nov-19 | 4.00 | 4.00 | $ | 386.00 | $ | 401.25 | $ | 1,544.00 | $ | 1,605.00 |

**Total Unpaid Contributions:** $ 50,320.00    $ 49,631.70

**Liquidated Damages 10% ( Contributions over 1 mo. Late ):** $ 5,032.00    $ 4,963.17

Late Payment Interest 0.5% per month

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Apr-17 | $ 1,670.00 | 17.00% | $ 283.90 | $1,594.25 | 17.00% | $ 271.02 |
| May-17 | $ 1,336.00 | 16.50% | $ 220.44 | $1,275.40 | 16.50% | $ 210.44 |
| Jun-17 | $ 1,416.00 | 16.00% | $ 226.56 | $1,355.40 | 16.00% | $ 216.86 |
| Jul-17 | $ 1,770.00 | 15.50% | $ 274.35 | $1,694.25 | 15.50% | $ 262.61 |
| Aug-17 | $ 1,416.00 | 15.00% | $ 212.40 | $1,355.40 | 15.00% | $ 203.31 |
| Sep-17 | $ 1,770.00 | 14.50% | $ 256.65 | $1,694.25 | 14.50% | $ 245.67 |
| Oct-17 | $ 1,416.00 | 14.00% | $ 198.24 | $1,355.40 | 14.00% | $ 189.76 |
| Nov-17 | $ 1,416.00 | 13.50% | $ 191.16 | $1,355.40 | 13.50% | $ 182.98 |
| Dec-17 | $ 1,770.00 | 13.00% | $ 230.10 | $1,694.25 | 13.00% | $ 220.25 |
| Jan-18 | $ 1,416.00 | 12.50% | $ 177.00 | $1,355.40 | 12.50% | $ 169.43 |
| Feb-18 | $ 1,416.00 | 12.00% | $ 169.92 | $1,355.40 | 12.00% | $ 162.65 |
| Mar-18 | $ 1,770.00 | 11.50% | $ 203.55 | $1,694.25 | 11.50% | $ 194.84 |

**Employer Name:** Saunders Transport, LLC  
**Address:** 3266 Longford Drive / Joliet IL 60431  

**ER#** 5284

**Phone:** (815) 955-8402  
**Contact:** Thomas Saunders III  

**Review Date:** 11/06/2019  
**Revised:** 03/17/2020  

**Period Covered:** 4/1/2017 - 11/30/2019

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Apr-18 | $ 1,416.00 | 11.00% | $ 155.76 | $1,355.40 | 11.00% | $ 149.09 |
| May-18 | $ 1,416.00 | 10.50% | $ 148.68 | $1,355.40 | 10.50% | $ 142.32 |
| Jun-18 | $ 1,850.00 | 10.00% | $ 185.00 | $1,834.25 | 10.00% | $ 183.43 |
| Jul-18 | $ 1,480.00 | 9.50% | $ 140.60 | $1,467.40 | 9.50% | $ 139.40 |
| Aug-18 | $ 1,480.00 | 9.00% | $ 133.20 | $1,467.40 | 9.00% | $ 132.07 |
| Sep-18 | $ 1,850.00 | 8.50% | $ 157.25 | $1,834.25 | 8.50% | $ 155.91 |
| Oct-18 | $ 1,480.00 | 8.00% | $ 118.40 | $1,467.40 | 8.00% | $ 117.39 |
| Nov-18 | $ 1,480.00 | 7.50% | $ 111.00 | $1,467.40 | 7.50% | $ 110.06 |
| Dec-18 | $ 1,480.00 | 7.00% | $ 103.60 | $1,467.40 | 7.00% | $ 102.72 |
| Jan-19 | $ 1,480.00 | 6.50% | $ 96.20 | $1,467.40 | 6.50% | $ 95.38 |
| Feb-19 | $ 1,480.00 | 6.00% | $ 88.80 | $1,467.40 | 6.00% | $ 88.04 |
| Mar-19 | $ 1,850.00 | 5.50% | $ 101.75 | $1,834.25 | 5.50% | $ 100.88 |
| Apr-19 | $ 1,480.00 | 5.00% | $ 74.00 | $1,467.40 | 5.00% | $ 73.37 |
| May-19 | $ 1,480.00 | 4.50% | $ 66.60 | $1,467.40 | 4.50% | $ 66.03 |
| Jun-19 | $ 1,930.00 | 4.00% | $ 77.20 | $2,006.25 | 4.00% | $ 80.25 |
| Jul-19 | $ 1,544.00 | 3.50% | $ 54.04 | $1,605.00 | 3.50% | $ 56.18 |
| Aug-19 | $ 1,544.00 | 3.00% | $ 46.32 | $1,605.00 | 3.00% | $ 48.15 |
| Sep-19 | $ 1,930.00 | 2.50% | $ 48.25 | $2,006.25 | 2.50% | $ 50.16 |
| Oct-19 | $ 1,544.00 | 2.00% | $ 30.88 | $1,605.00 | 2.00% | $ 32.10 |
| Nov-19 | $ 1,544.00 | 1.50% | $ 23.16 | $1,605.00 | 1.50% | $ 24.08 |

**Total Late Payment Interest Unpaid Contributions** $ 4,604.96   $4,476.81

**Total due Unpaid Contributions + Liq. Damages + Late Interest:** $ 59,956.96   $ 59,071.68