**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SAUNDERS TRANSPORT, LLC<br>an Illinois limited liability corporation, )<br><br>Defendant. ) | No. 2020 C 2184<br><br>Judge Robert Gettleman<br><br>Magistrate Judge<br>Gabriel A. Fuentes |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on April 7, 2020 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon SAUNDERS TRANSPORT, LLC, an Illinois limited liability corporation on June 9, 2020.

3. Defendant is now in default on the Complaint and as supported by the attached Affidavits the sums due are:

      $59,956.96  Welfare
      $59,071.68  Pension
        $1,250.00  Attorneys fees
          $474.00  Court costs
      $120,752.64

WHEREFORE, Plaintiffs pray for:

1. Entry of judgment against Defendant, SAUNDERS TRANSPORT, LLC, an Illinois limitation liability corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $120,752.64.

    TRUSTEES OF THE SUBURBAN TEAMSTERS
    OF NORTHERN ILLINOIS PENSION AND
    WELFARE FUNDS

    s/John J. Toomey
    ARNOLD AND KADJAN, LLP
    35 E. Wacker Drive, Suite 600
    Chicago, IL 60601
    Telephone No.: (312) 236-0415
    Facsimile No.: (312) 341-0438
    Dated: July 7, 2020